PEOPLE ex rel. JOHNSON, Appellant, v. KEARNY, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1899.) Proceedings by the people, on the relation of William Johnson, against Henry S. Kearny, commissioner, etc. B. Bernstein, for appellant. T. Farley, for respondent. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. JOSLIN et al., Respondents, v. HILLS et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Proceedings by the people, on the relation of Charles S. Joslin and others, against William Hills and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. KELLER v. SHRADY. (Supreme Court, Appellate Division, First Department. February Term, 1899.) Proceedings by the people, on the relation of John W. Keller, against George Shrady. No opinion. Motion granted, with $10 costs. See 58 N. Y. Supp. 143.

PEOPLE ex rel. MILLER, Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Proceedings by the people, on the relation of Robert Miller, against Thomas L. Feitner and others. S. H. Ordway, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with costs, on the opinion in People v. Dalton, 158 N. Y. 175, 52 N. E. 1113. See 57 N. Y. Supp. 807.

PEOPLE ex rel. PIERCE v. CASSIDY et al. (Supreme Court, Special Term. New York County.) Application for mandamus by the people, on the relation of John Pierce, against Joseph Cassidy and others. Order adjudging certain respondents in contempt for disobedience of writ, and fining them $100 each. Kellogg, Rose & Smith, for relator. James C. Church, for Charles H. Francisco. William J. Kelly, for Joseph Cassidy. Martin F. Conly, and William A. Doyle. Henry A. Gumbleton, for Adolph C. Hottenroth. Burr, Coombs & Wilson, for Adam H. Leich. Isidore Cohn, for Martin Engel.

FITZGERALD, J. No satisfactory reason has been presented by any of the respondents for disobedience of the writ of mandamus issued by this court. The alleged technical irregularities urged by counsel are purely dilatory. As the writ was regularly granted, pursuant to jurisdiction vested in the court, its validity cannot be collaterally assailed in this proceeding. The sole question involved is whether a willful disregard of the order of the court should go unpunished. Had the numerous excuses for disobeying the writ been supplemented by a frank avowal of intention to comply with the mandamus, the court might have attached some force to the protestations that the contumacious action of the respondents was due to an insufficient understanding of the order. Even now, after a clear conception of its terms and meaning, their attitude can scarcely be construed into one of submissiveness, since no unequivocal intention of immediate compliance is manifested by them. In contending that they were entitled to be separately heard on the original application, the respondents overlook the fact that the writ was not directed to them as individuals, but to a board, of which they are members, and which was represented by the corporation counsel, its duly-constituted attorney. The past conduct and present attitude of the respondents are consistent only with a willful and persistent refusal to obey. The mandate of the court is not to be trifled with, else the administration of justice will fall into ridicule. Each of the following named respondents is adjudged guilty, and it is directed that they be severally punished by imprisonment until they shall obey the writ (provision to be inserted in the order to be entered hereon for opportunity to comply): Thomas F. Foley, Martin Engel, John J. Murphy, Adolph C. Hottenroth, Eugene A. Wise, Charles H. Francisco, Adam H. Leich, William A. Doyle, Martin F. Conly, Joseph Cassidy, Frank J. Goodwin, John T. Oakley, Francis F. Williams, and Bernard C. Murray. And it is further ordered that each of the above-mentioned respondents be fined in the sum of $100. Settle order on one day's notice.

PEOPLE ex rel. REITMAN, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Proceedings by the people, on the relation of Joseph Reitman, against Theodore Roosevelt and others. L. J. Grant, for appellant. W. B. Crowell, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. ROTHSCHILD, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Proceedings by the people, on the relation of Edward Rothschild, against Theodore Roosevelt and others. L. J. Grant, for appellant. T. Connoly, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. STERNBERGER v. STERNBERGER. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Proceedings by the people, on the relation of, etc., against one Sternberger. No opinion. Motion denied.

PEOPLE ex rel. THOMPSON et al., Appellants, v. BOARD OF SUP'RS OF ROCKLAND COUNTY, Respondents. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) Proceedings by the people, on the relation of Harry L. Thompson and another, against the board of supervisors of Rockland county. No opinion. Proceedings confirmed, with $25 costs and disbursements.